AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Oregon

USns: 76101 - 512

| | |
|---|---|
| United States of America<br>v.<br><br>Anthony Eduardo Carrillo Ramirez<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

3: 26-mj-00175

Case No. 3:26-mj-00175

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Anthony Eduardo Carrillo Ramirez                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) - Possession with Intent to Distribute Methamphetamine (500 grams or more)

Date:    07/03/2026

_____
*Issuing officer's signature*

City and state:    Portland, Oregon

Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  07/03/2026 , and the person was arrested on *(date)*  07/06/2026
at *(city and state)*  _____ .

Date:  07/06/2026

_____
*Arresting officer's signature*

SA Max Purvine
*Printed name and title*